Thomas MAXIE, Appellant,

v.

STATE of Missouri, Respondent.

No. 52959.

Missouri Court of Appeals, Eastern District, Division One.

Jan. 12, 1988.

Motion for Rehearing and/or Transfer Denied Feb. 11, 1988.

Application to Transfer Denied March 15, 1988.

Janis Caroline Good, St. Louis, for appellant.

William L. Webster, Atty. Gen., Robert V. Franson, Asst. Atty. Gen., Jefferson City, for respondent.

PER CURIAM.

### ORDER

Defendant-movant appeals from motion court's denial of his Rule 27.26 motion which alleged ineffective assistance of counsel. Defendant failed to meet his burden of showing prejudice from the alleged ineffective assistance of counsel. Motion court's conclusion and judgment was not clearly erroneous. *Sanders v. State*, 738 S.W.2d 856, 857 (Mo. banc 1987). An extended opinion would serve no jurisprudential purpose. We affirm. Rule 30.25(b).